```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:_____   09/07/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MICHAEL THEYS,

                                    Plaintiff,                                    **21-CV-5265 (GHW) (KHP)**

                    -against-                                               **ORDER RESCHEDULING INITIAL**
                                                                                   **CASE MANAGEMENT**
GOODMAN MASSON and LEWIS FEGAN,                         **CONFERENCE**

                                    Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for

Wednesday, September 15, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse,

500 Pearl Street, New York, New York is hereby rescheduled to **Wednesday, October 13, 2021**

**at 11:45 a.m.  Counsel and parties are required to follow the Court's COVID-safety protocols**

**and should review the Court's website in advance of the conference for the most up to date**

**information.**

          **SO ORDERED.**

DATED:          New York, New York
                    September 7, 2021

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge