USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MICHAEL THEYS,

                                  Plaintiff,

              -against-

GOODMAN MASSON and LEWIS FEGAN,

                                  Defendants.

21-CV-5265 (GHW) (KHP)

**ORDER**

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 16, 2021, the Court requested the parties file a joint status letter by January 10, 2022. (ECF No. 17.) No such letter was filed. By **January 21, 2022**, the parties shall file the contemplated joint status letter.

**SO ORDERED.**

DATED:    New York, New York
                 January 18, 2022

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge

1